UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 11-02132 DMG (AGRx) | Date | March 22, 2011 |
|---|---|---|---|
| Title | *Homesales, Inc. v. Alfreta L. Sailor, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On January 12, 2011, Plaintiff Homesales, Inc. filed a complaint in Los Angeles County Superior Court against Defendant Alfreta L. Sailor and Doe defendants 1 through 6 for unlawful detainer. Plaintiff seeks possession of real property and restitution for Defendant's use and occupancy of the property in the amount of $50 per day starting on December 28, 2010. (Compl. at 3.) Plaintiff demands less than $10,000 in damages. (*Id*. at 1.)

Defendant removed the case to this Court on March 14, 2011, on the basis of federal question jurisdiction. The complaint, however, raises no federal question. Although Defendant invokes a federal statute, 12 U.S.C. § 5220, as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009). Moreover, the amount in controversy appears well below the jurisdictional threshold for diversity jurisdiction.

In addition, it appears that Defendant's notice of removal is untimely. A defendant must file notice of removal within 30 days after "receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). It appears that Plaintiff served Defendant with a copy of the complaint on January 16, 2011. (Notice of Removal, Ex. A at 4.) Defendant did not file the notice of removal, however, until more than 30 days later.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court. Defendant shall file her response by **March 29, 2011**.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|